## WOODWARD v. STATE.

No. 19684.

Court of Criminal Appeals of Texas.

Oct. 12, 1938.

Fred Erisman, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery, punishment assessed at thirty-five years in the penitentiary.

The court is advised by proper affidavits that pending the appeal appellant has died. The appeal is therefore abated.